**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7496**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

MARQUISE D. CARTER,

             Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Senior
District Judge.  (1:07-cr-00288-CMH-1)

Submitted:  December 16, 2008      Decided:  December 23, 2008

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marquise D. Carter, Appellant Pro Se.  Jack Hanly, Assistant
United States Attorney, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marquise D. Carter appeals the district court's order denying his motion to amend his restitution judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. United States v. Carter, No. 1:07-cr-00288-CMH-1 (E.D. Va. July 14, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED